UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>VICTOR MAISONET,<br><br>    Defendant. | 20-cr-118 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    For the reasons stated at the telephonic hearing, see transcript 07/17/2020, Victor Maisonet's bail application, ECF No. 19, is denied.

    SO ORDERED.

Dated:    New York, NY

           July 17, 2020                        _____
                                                        JED S. RAKOFF, U.S.D.J.